

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH BRENT RAMSEUR,<br><br>Defendant. | Case No.  CR 15-345-MMM<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

### I.

On September 29, 2015. Defendant Joseph Ramseur appeared before the Court for initial appearance re revocation of supervised release in the above-referenced matter.  Pursuant to defendant's request for the appointment of counsel from the indigent defense panel, due to defendant's stated dissatisfaction with counsel previously appointed for defendant from Federal Public Defender's Office, the initial appearance was continued to September 30, 2015 and defendant was

remanded to the custody of the U.S. Marshal pending the continued initial appearance and detention hearing.

On September 30, 2015, Defendant appeared before the Court for initial appearance and detention hearing. The Court appointed Paul Potter from the Indigent Defense Panel to represent Defendant. The Court granted Defendant's request to continue the detention hearing to October 7, 2015 at 11:00 a.m.

On October 7, 2015, a detention hearing was held. The Court has reviewed the Pretrial Services Report dated October 7, 2015, the Pretrial Services Report dated September 30, 2015, the Government's Request for Detention, the allegations in the Petition, and considered the arguments presented by counsel.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that

A.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒   Lack of sufficient bail resources, to include justification with deeding of property

    ☐   Refusal to interview with Pretrial Services

    ☐   No stable residence or employment

    ☒   Previous failure to appear or <u>violations of probation, parole, or release</u>

    ☒   discrepancy in residence address. According to the Pretrial Services Report dated September 30, 2015, defendant claims to have resided at a residence with his sister since 2007 but defendant's sister reports that defendant was not living there

recently, and defendant has listed a different address with the Department of Motor Vehicles.

- ☒ Allegations in petition which include absconding from supervision. The Court notes that defendant has not been in contact with his probation officer for over two years.
- ☒ Previous failures to appear for DMV matters

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☒ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse history
- ☐ Already in custody on state or federal offense
- ☐ Currently on probation for possession of controlled substance for sale
- X According to the Pretrial Services Report dated September 30, 2015, defendant was arrested on August 13, 2015 for forgery with intent to defraud. The disposition of this charge is unknown.

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: October 7, 2015

                                              /s/
                                  HON. ALKA SAGAR
                                  UNITED STATES MAGISTRATE JUDGE