O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JOSEPH BRENT RAMSEUR, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. CR13-345-CAS <br><br> FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On January 9, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 5, 2017. Government counsel, Poonam Kumar, the defendant and his appointed attorney, Thomas Sleisenger, were present. The U.S. Probation Officer, Calvin Daniels, was also present.

The defendant admitted allegations nos. 1, 2 and 3 in violation of his supervised release, as stated in the Petition filed on January 5, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on October 23, 2006.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of thirty (30) days. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added conditions, as follow:

- Placement in a residential reentry center (RRC) for a period of up to six (6) months, or until placement in an approved residential drug treatment program can be secured.
- Shall participate in and successfully complete a cognitive-based life skills program, as approved by the Probation Officer. The offender may be ordered to pay all or part of the cognitive-based life skills program costs.

IT IS FURTHER ORDERED that the defendant surrender himself on or before 12 noon, on January 23, 2017, to the United States Marshal located at: Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 9, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By: ___/S/_____
Ingrid Valdes, Deputy Clerk