

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSEPH BRENT RAMSEUR,<br><br>　　　　　Defendant | Case No.: 2:13-CR-00345-CAS<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant was arrested pursuant to a warrant issued for alleged violations of the terms and conditions of his supervised release, and the Court has conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a).

The Court finds that:

A. The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's failure to present evidence that he is not likely to flee, defendant's history of failing to comply with the conditions of his supervised release, and the current allegations that he absconded from the Vinewood Residential Reentry Center.

B.  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on defendant's failure to prevent evidence that he is not likely to pose a danger to the safety of any other person or the community, defendant's history of substance abuse, defendant's prior violations of supervised release, and defendant's alleged violence towards his spouse as set forth in the charging document.

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 6/15/2017

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE